106 P.3d 1122

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**February 17, 2005**

| 26344 | State v. Ikei | Affirmed |

**February 28, 2005**

| 26247 | State v. Johnson | Affirmed |

**March 3, 2005**

| 25245 | State v. Sorino | Affirmed |

**March 9, 2005**

| 26276 | Doe, In re | Affirmed |
| 25957, 25958, 25959, 25960 | Doe, In re; Doe Children, In re | Affirmed |
| 26456 | State v. Luna | Affirmed |

**March 14, 2005**

| 26237 | State v. Quiocho | Affirmed |